UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JERARD WALKER,                          :
               Plaintiff,       :
                                   :   **ORDER**
v.                                      :
                                   :   22 CV 7638 (VB)
MICHAEL CAPRA, et al.,                  :
               Defendants.      :
------------------------------------------------------------x

On March 13, 2023, plaintiff, who is proceeding pro se and in forma pauperis, filed a

letter informing the Clerk of Court that he had been transferred from Upstate Correctional

Facility to Sullivan Correctional Facility. (Doc #14).

On May 30, 2023, defendants moved to dismiss the amended complaint and filed an

affidavit indicating the motion and all supporting papers had been served on plaintiff at his

former address at Upstate Correctional Facility. (See Docs. ##32, 34). According to the docket,

the motion to dismiss was not sent to plaintiff's current address at Sullivan Correctional County.

On June 20, 2023, after plaintiff failed to timely oppose the motion, the Court sua sponte

extended plaintiff's time to do so. The June 20 Order was likewise sent to plaintiff's former

address, and was never sent to plaintiff at Sullivan Correctional Facility.

Accordingly, it is HEREBY ORDERED:

1.      The Clerk is directed to update plaintiff's address on the docket to Sullivan

Correctional Facility, P.O. Box 116, Fallsburg, NY 12733.

2.      The New York State Attorney General's Office is directed to re-serve the motion

and all supporting papers on plaintiff at Sullivan Correctional Facility, P.O. Box 116, Fallsburg,

NY 12733.

3.      The Court <u>sua</u> <u>sponte</u> extends plaintiff's time to oppose defendant's motion to

dismiss to **August 31, 2023**.  Defendants' reply, if any, is due **September 14, 2023**.

Chambers will mail a copy of this Order to plaintiff at his current address.


Dated: July 6, 2023
       White Plains, NY

                              SO ORDERED:


                              _____
                              Vincent L. Briccetti
                              United States District Judge