UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JERARD (GERALD) WALKER,
                       Plaintiff,

v.

DEPUTY SUPERINTENDENT VELEZ and
CO GRANT-HILL,
                       Defendants.

--------------------------------------------------------------x

**ORDER**

22 CV 7638 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/24

    By letter dated December 20, 2024, defendants request an extension of time to serve and file their anticipated motion for summary judgment. (Doc. #71). The request is GRANTED. Plaintiff's time to file his opposition and/or cross-motion is also extended. The parties are advised the Court is highly unlikely to further extend briefing deadlines in this case. Accordingly, it is HEREBY ORDERED:

1. By **January 10, 2025**, defendants shall serve and file their motion for summary judgment.

2. By **March 10, 2025**, plaintiff shall serve and file his opposition to defendants' motion for summary judgment and his cross-motion for summary judgment, if any.

3. By **April 10, 2025**, defendants shall serve and file their opposition to plaintiff's cross-motion as well as their reply, if any, in support of their motion.

4. By **April 24, 2025**, plaintiff shall serve and file his reply, if any, in support of his cross-motion.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 20, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1