UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

JERARD (GERALD) WALKER,

                     Plaintiff,

v.

CO GRANT-HALL,

                     Defendants.

**ORDER**

22 CV 7638 (VB)

--------------------------------------------------------------x

       By undated letter received on August 29, 2025, plaintiff submits (i) a settlement demand of $50,000 and (ii) an application which the Court liberally construes as a motion for reconsideration of its August 15, 2025, Opinion and Order. (Doc. #96).

       First, plaintiff's motion for reconsideration is DENIED. Plaintiff writes that the Court "thinks I only did 34 days" confined in the special-housing unit ("SHU") at Sing Sing Correctional Facility ("Sing Sing"), even though plaintiff "clearly explained I did 165 days in Sing Sing." (Doc. #96 at 1). However, plaintiff has produced no evidence that he was confined in the SHU at Sing Sing for 165 days. Rather, the record demonstrates that plaintiff was sentenced to 150 days in the SHU at Sing Sing but served only thirty-four days there before being transferred to a different correctional facility. Regardless, defendant Velez was not involved in plaintiff's SHU confinement, which defeats plaintiff's claim against Velez no matter how long he was confined in the Sing Sing SHU.

       Second, the parties shall be prepared to discuss the status of settlement negotiations at the telephonic case management conference on September 24, 2025, at 10:00 a.m.

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 3, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge