UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Copies Mailed/Faxed 9/24/25 PM
Chambers of Vincent L. Briccetti

--------------------------------------------------------------x

JERARD (GERALD) WALKER,

                     Plaintiff,

v.

CO GRANT-HILL,

                     Defendant.

--------------------------------------------------------------x

**ORDER**

22 CV 7638 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/25

      As discussed at a telephone conference held today and attended by plaintiff and defense counsel, it is HEREBY ORDERED:

1.     The parties shall engage in settlement negotiations in good faith.

2.     By **October 28, 2025**, defendant shall file a letter advising the Court of (i) defendant's settlement position in light of plaintiff's most recent settlement demand and (ii) the status of settlement negotiations.

3.     The next case management telephone conference is scheduled for **November 4, 2025, at 9:30 a.m.**

4.     Plaintiff and defense counsel shall attend the November 4 telephone conference by calling the following number and entering the access code when requested. The dial-in number is 914-292-4033. The access code is 198 470 69. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 24, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge