UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JERARD (GERALD) WALKER,

                   Plaintiff,

v.

CO GRANT-HALL,

                   Defendant.

-----------------------------------------------------------x

**ORDER**

22 CV 7638 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-14-26_

       For the reasons set forth at the on-the-record conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1.    To the extent plaintiff wishes to reopen discovery for the limited purpose of deposing C.O. Ratuis, that application is GRANTED. Defense counsel is directed to take the steps necessary to make C.O. Ratuis available for a deposition.

2.    Defense counsel is directed to produce the DOCCS records retention policy, to the extent any exists, which would apply to the audio recording of the November 2021 disciplinary hearing against plaintiff.

3.    Defense counsel shall notify plaintiff's counsel by letter as to whether any additional video of the November 8, 2021, visiting room incident was initially recorded but has since been deleted or is otherwise unavailable. If so, defense counsel shall explain why the additional video was deleted or is otherwise unavailable.

4.    The next case management conference is scheduled for **April 15, 2026, at 10:00 a.m.** at the White Plains courthouse, Courtroom 620.

Dated: January 14, 2026
      White Plains, NY

SO ORDERED:

_Vincent Briccetti_

Vincent L. Briccetti
United States District Judge